MR. JUSTICE BARNES delivered the opinion of the court.

---

## South Side State Bank, Defendant in Error, v. Fox River Distilling Company, Plaintiff in Error.

### Gen. No. 20,559.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed with finding of fact. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the South Side State Bank, a corporation, plaintiff, against the Fox River Distilling Company, a corporation, defendant, in the Municipal Court of Chicago to recover on the fourth of a series of seven notes. The facts in this case are the same as in *South Side State Bank v. Fox River Distilling Co.* Gen. No. 20,224, *ante*, p. 657. The same judgment was rendered below as in that case, the same questions presented for review, the same decision made and the same judgment rendered by the Appellate Court.

ISADORE S. BLUMENTHAL, for plaintiff in error; MAURICE ALSCHULER, of counsel.

LYMAN M. PAINE, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.